UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81005-CV-MIDDLEBROOKS

PATRICIA LISITANO, as Personal Representative
of the Estate of Rosemarie Pulizzotto, Deceased,

      Plaintiff,
v.

JSMGV MANAGEMENT COMPANY, LLC,

      Defendant.
_____/

**ORDER GRANTING MOTION TO STAY ENFORCEMENT OF REMAND ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Automatic 30-Day Stay of Enforcement of Court's July 29, 2022 Remand Order ("Motion"), filed on August 4, 2022. (DE 7). I expedited the briefing schedule for this Motion (DE 9), which is now ripe (DE 11; DE 12). For the reasons set forth below, the Motion is granted.

Defendant requests that, pursuant to Federal Rule of Civil Procedure 62(a), the Court impose an automatic 30-day stay of enforcement of the July 29, 2022 Order Remanding Case (DE 5), so Defendant may consider whether to pursue its appellate rights. *See* 28 U.S.C. § 1447(d) (orders remanding cases in which removal was pursuant to § 1442, federal officer removal, are appealable). Plaintiff does not oppose Defendant's Motion (DE 11 at 1), and I find good cause to grant this unopposed relief.

Plaintiff does, however, request that the Court *sua sponte* consolidate this action with another action that is presently stayed pending arbitration. (*Id.* at 2–3). Embedding a request for relief in a response to an unrelated motion is procedurally improper. *See* Fed. R. Civ. P. 7(b) ("A request for a court order must be made by motion"). Plaintiff explains that the reason she has

sought consolidation in this manner is because she cannot file a motion in either case given the present posture of the cases. (DE 11 at 3). But I fail to understand how this Court could take an action *sua sponte* that Plaintiff cannot properly raise in a procedurally appropriate way. Therefore, I will not entertain Plaintiff's request to consolidate.

It is hereby **ORDERED and ADJUDGED** that enforcement of the Court's July 29, 2022 Order Remanding Case (DE 5) is **STAYED** until August 29, 2022.

**SIGNED** in Chambers at West Palm Beach, Florida this 11th day of August, 2022.

_____
Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record